DJohn R. MacMillan, #27912
MacMillan, Scholz, and Marks, LLC
4640 S Macadam Ave, Ste 100
Portland, OR 97239
Office: (503) 224-2165
Facsimile: (503) 224-0348
Email: jmacmillan@msmlegal.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STATE FARM FIRE & CASUALTY COMPANY, as subrogee of Lian Chen, | Case No.: 2:24-cv-01061 |
| Plaintiff, | ORDER RE: STIPULATED MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT |
| vs. | |
| UNITED STATES OF AMERICA ARMY RESERVES, | |
| Defendant. | |

WHEREFORE, based upon the stipulation of the parties, plaintiff's Motion for leave to file a First Amended Complaint is granted.  Plaintiff is ORDERED to file its amended complaint on the docket by no later than June 17, 2025.

DATED this 13th day of June, 2025

_____
JAMES L. ROBART
United States District Judge

Presented by:

John R. MacMillan #27912
jmacmillan@msmlegal.com
Of Attorneys for Plaintiff

Page 1 – ORDER RE: STIPULATED MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT